IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JAKHISHA COLLINS and DARRELL RUSSELL, | § § § | |
| Plaintiffs, | § § | |
| v. | § | 1:25-CV-363-RP |
| CRACKER BARRELL, | § § § | |
| Defendant. | § § | |

**ORDER**

  Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane concerning Plaintiffs Jakhisha Collins and Darrell Russel's ("Plaintiffs") complaint pursuant to 28 U.S.C. § 1915(e), 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. (R. & R., Dkt. 6). In his report and recommendation, Judge Lane recommends that the Court dismiss this action pursuant to 28 U.S.C. § 1915(e)(2)(B). (*Id.* at 4). Plaintiffs timely filed objections to the report and recommendation. (Objs., Dkt. 9).

  A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. 28 U.S.C. § 636(b). Because Plaintiffs timely objected to the report and recommendation, the Court reviews the report and recommendation de novo. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiffs' objections and adopts the report and recommendation as its own order.

1

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Mark Lane, (Dkt. 6), is **ADOPTED**. Plaintiffs' complaint, (Dkt. 1), is **DISMISSED WITH PREJUDICE**.

**SIGNED** on April 28, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE